## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:11cv188

| | |
|---|---|
| DAVID R. RIVERS, ) | |
| Plaintiff, ) | |
| Vs. ) | MEMORANDUM |
| ) | OF DECISION |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the Commissioner's uncontested "Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to the Defendant" (#9). Based on the representations of the Commissioner, this court finds that remand for purposes of conducting a new hearing pursuant to the fourth sentence of 42, United States Code, Section 405(g), is appropriate and the motion is, hereby **ALLOWED**. On remand, the Administrative Law Judge shall take such evidence and make such findings as are specified in the motion and supporting memorandum. A judgment reversing the decision of the Commissioner and remanding the cause to the Commissioner for further proceedings consistent with this Memorandum of Decision shall be entered by the Clerk of this court.

Signed: November 4, 2011

Max O. Cogburn Jr.
United States District Judge