# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David R. Rivers ,

       Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                       3:11-cv-188

Michael J. Astrue ,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 4, 2011 Order.

                                                            Signed: November 4, 2011

                                                      *Frank G. Johns*

                                                      Frank G. Johns, Clerk
                                                      United States District Court